UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUKSTALIS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KINECTA FEDERAL CREDIT UNION, et al., <br><br> Defendants. | Case No. 25-cv-03943-NW <br><br> **ORDER RE PLAINTIFFS' *EX PARTE* APPLICATION TO EXTEND THE TIME TO FILE A SECOND AMENDED COMPLAINT** <br><br> Re: ECF No. 51 |

The Court has reviewed Plaintiffs' *ex parte* application to extend the time to file a second amended complaint ("SAC") filed earlier today on February 9, 2026. In an Order issued on February 7, 2026, this Court set the deadline to file the SAC for February 10, 2026. In that Order, the Court explained that it had previously vacated the January 15, 2026 deadline for Plaintiff to file the SAC when only a single day remained (*i.e.* January 16, 2026). *See* ECF No. 50. The Court vacated that deadline based on the parties' express representation that they had settled the matter. *Id.* When Plaintiffs later clarified that the matter was not settled as they had represented in their request, the Court ordered Plaintiffs to file the SAC on February 10, 2026, which was already weeks beyond the original deadline for filing the SAC. *Id.* Now counsel of record for Plaintiffs, Berliner Cohen LLP, asks the Court to yet again extend that deadline until sometime after February 17, 2026, the date when Plaintiffs' motion to substitute counsel to Lathrop GPM LLP will be heard. ECF No. 51. For the reasons articulated in the Court's recent Order and summarized above, the Court denies that request.

Nevertheless, the Court acknowledges that Berliner Cohen LLP has asserted it can no longer adequately represent the Plaintiffs and therefore cannot file the SAC on Plaintiffs' behalf. In Berliner Cohen LLP's view, "Plaintiffs should be entitled to work with proposed new counsel

United States District Court
Northern District of California

on this matter." ECF No. 51. For this reason, the Court PROVISIONALLY GRANTS IN PART AND DENIES IN PART Lathrop GPM LLP's motion to substitute at ECF No. 45 until the matter can be heard on February 17, 2026. Berliner Cohen LLP is not released from this action, but Lathrop GPM LLP may provisionally appear as co-counsel to ensure Plaintiffs have the opportunity to meet the instructions set forth in the Court's previous Order. Accordingly, the Court ORDERS:

> (1) Lathrop GPM LLP shall provisionally serve as counsel of record for Plaintiffs alongside Berliner Cohen LLP through the February 17, 2026 hearing;

> (2) A representative from both firms must appear in person at that February 17, 2026 hearing;

> (3) Because the Order on the motion to substitute, ECF No. 45, is provisional, the Court will issue a final Order after argument at the hearing; and

> (4) Plaintiffs' SAC remains due on February 10, 2026, by 5:00 p.m.[1]

**IT IS SO ORDERED.**

Dated: February 9, 2026

Noël Wise
United States District Judge

United States District Court
Northern District of California

---

[1] Though the Court was explicit in its previous Orders that Plaintiffs **must** attach a copy of the Loan Agreement to any complaint alleging breach of that agreement (or related claims), because Plaintiffs failed to comply with that Order, the Court reiterates that direction here to avoid any possible doubt. *See* ECF Nos. 25, 36. Failure to attach the Loan Agreement to the SAC shall subject all counsel for Plaintiffs, and Plaintiffs themselves, to additional sanctions.